## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Brenda Nash−Milton
                        Plaintiff,

v.                                                Case No.: 1:23−cv−01012
                                                            Honorable Sara L. Ellis

John Allen, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2025:

      MINUTE entry before the Honorable Heather K. McShain: The parties have accepted the Court's settlement recommendation, and the case has settled. The Court commends the attorneys and parties for their diligence and reasonableness throughout these settlement negotiations. Parties are to file their stipulation to dismiss with the District Judge as soon as possible. Parties are to contact Judge McShain's Chambers via email (at Chambers_McShain@ilnd.uscourts.gov) should they require the Court's assistance with any aspect of finalizing the settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.