**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VONCIEL GAINES, as Independent Administrator of the Estate of Gregory Walker, deceased, ) ) ) | |
| Plaintiff, ) ) | No. 23-cv-1012 |
| v. ) ) | Judge Sara L. Ellis |
| Will County Sheriff's Lieutenant JOHN ALLEN, in his individual capacity, MIKE KELLEY, in his official capacity as Sheriff of Will County, and COUNTY OF WILL, ) ) ) ) | |
| Defendants. ) | |

**STIPULATION TO VOLUNTARILY DISMISS
WITH PREJUDICE**

It is hereby agreed and stipulated by and between the parties to this action, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), this action is hereby dismissed in its entirety, with prejudice, and with each party to bear his/her/its own fees and costs.

STIPULATED and AGREED TO by:

/s/ Ian M. Barney
Ian M. Barney
Barney Hammond LLP
53 West Jackson Blvd.
Suite 1424
Chicago, IL 60604
ian@barneyhammond.com
*Attorney for Plaintiff*

/s/ Martin W. McManaman
Martin W. McManaman
Rock Fusco & Connelly, LLC
333 West Wacker Drive
19th Floor
Chicago, IL 60606
mmcmanaman@rfclaw.com
*Attorney for Defendants Kelley and Will County*

/s/ Bhavani Raveendran
Bhavani Raveendran
Raveendran Law LLC
4849 North Milwaukee Avenue
Suite 700
Chicago, IL 60630
bhavani@brwarrierlaw.com
*Attorney for Plaintiff*

/s/ Lance E. Neyland
Lance E. Neyland
IFMK Law, Ltd.
650 Dundee Road
Suite 475
Northbrook, IL 60062
lneyland@ifmklaw.com
*Attorney for Defendant Allen*